ORIGINAL

RECEIVED
JUN 10 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOCAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | [Case Pending in the United States District Court for the District of Delaware, Case No. 1:10-cv-1055-RGA] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RULE 30(b)(6) DEPOSITION OF MIOMNI CORP.** |

CV 13 80 124 MISC

On June 10, 2013, Plaintiff Robocast, Inc. ("Robocast") filed a motion pursuant to Federal Rule of Civil Procedure 37 for an order to compel the Rule 30(b)(6) deposition of Miomni Corp.

Upon due consideration, and good cause appearing, the Court hereby **GRANTS** Robocast's motion and **ORDERS** Miomni Corp. to designate, prepare, and produce a witness to testify in deposition on its behalf. Miomni Corp.'s designated witness shall be produced in this district within two weeks of this Order.

**IT IS SO ORDERED**

DATED: _____, 2013

_____
UNITED STATES DISTRICT JUDGE