**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071
TEL: (213) 972-4500; FAX: (213) 486-0065
JEAN-PAUL CIARDULLO, CA BAR NO. 284170 (*admitted in N.D. Cal.*)
jciardullo@foley.com

**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TEL: (858) 847-6700; FAX: (858) 792-6773
JUSTIN E. GRAY
jegray@foley.com
DEBRA D. NYE
dnye@foley.com

**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TEL: (212) 682-7474; FAX: (212) 687-2329
STEVEN J. RIZZI
srizzi@foley.com
AKIVA COHEN
acohen@foley.com
RAMY HANNA
rhanna@foley.com

**FOLEY & LARDNER LLP**
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFF,
ROBOCAST, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOCAST, INC.,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORP.,<br><br>Defendant. | [Case Pending in the United States District Court for the District of Delaware, Case No. 1:10-cv-1055-RGA]<br><br>**PROOF OF SERVICE**<br><br>DATE: TO BE SET<br><br>LOCATION: TO BE SET |

# PROOF OF SERVICE

I am employed in the **County of Santa Clara, State of California**. I am over the age of 18 and not a party to this action; my current business address is 545 **Middlefield Rd, Menlo Park, CA 94025**.

On **June 10, 2013**, I served the foregoing document(s) described as:

(1) **ROBOCAST, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) DEPOSITION OF MIOMNI CORP.**

(2) **DECLARATION OF JUSTIN E. GRAY IN SUPPORT OF ROBOCAST, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) DEPOSITION OF MIOMNI CORP., ALONG WITH EXHIBITS**

(3) **PROPOSED ORDER**

on the interested parties in this action as follows:

BY HAND DELIVERY TO:

Miomni Corporation
800 West El Camino Real, Suite 180
Mountain View, CA 94040

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed: June 10, 2013

_____
**Theodore Mendoza**