```
 1  FOLEY & LARDNER LLP
    555 SOUTH FLOWER STREET, SUITE 3500
 2  LOS ANGELES, CA 90071
    TEL: (213) 972-4500; FAX: (213) 486-0065
 3  JEAN-PAUL CIARDULLO, CA BAR NO. 284170 (admitted in N.D. Cal.)
    jciardullo@foley.com
 4
    FOLEY & LARDNER LLP
 5  3579 VALLEY CENTRE DRIVE, SUITE 300
    SAN DIEGO, CA 92130-3302
 6  TEL: (858) 847-6700; FAX: (858) 792-6773
    JUSTIN E. GRAY
 7  jegray@foley.com
    DEBRA D. NYE
 8  dnye@foley.com

 9  FOLEY & LARDNER LLP
    90 PARK AVENUE
    NEW YORK, NY 10016-1314
10  TEL: (212) 682-7474; FAX: (212) 687-2329
    STEVEN J. RIZZI
11  srizzi@foley.com
    AKIVA COHEN
12  acohen@foley.com
    RAMY HANNA
13  rhanna@foley.com

14  FOLEY & LARDNER LLP
    777 E. WISCONSIN AVENUE
15  MILWAUKEE, WI 53202-5306
    TEL: (414) 271-2400; FAX: (414) 297-4900
    RICHARD S. FLORSHEIM
16  rflorsheim@foley.com

17
    ATTORNEYS FOR PLAINTIFF,
18  ROBOCAST, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOCAST, INC., | [Case Pending in the United States District Court for the District of Delaware, Case No. 1:10-cv-1055-RGA] |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| MICROSOFT CORP., | |
| Defendant. | DATE: TO BE SET |
| | LOCATION: TO BE SET |

PROOF OF SERVICE
[CASE PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, CASE NO. 1:10-CV-1055-RGA]

4826-0955-5215.1

x

# PROOF OF SERVICE

I am employed in the **County of Sacramento, State of California**. I am over the age of 18 and not a party to this action; my current business address is **901 "F" Street, Suite 150, Sacramento, CA 95814**. On **June 11, 2013**, I served the foregoing document(s) described as:

(1) ROBOCAST, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) DEPOSITION OF MIOMNI CORP.

(2) DECLARATION OF JUSTIN E. GRAY IN SUPPORT OF ROBOCAST, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) DEPOSITION OF MIOMNI CORP., ALONG WITH EXHIBITS

(3) PROPOSED ORDER

on the interested parties in this action as follows:

BY HAND DELIVERY TO:

Miomni Corporation
c/o Miomni's Agent for Service:

SUNDOC FILINGS
7700 College Town Dr., Suite 205
Sacramento, CA 95826

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed: June 11, 2013

Kerry Hink