IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBOCAST, INC., | No. CV 13-080124 RS |
| Plaintiff, | **ORDER REFERRING CASE TO MAGISTRATE JUDGE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

This matter is hereby REFERRED to a randomly assigned magistrate judge for the purpose of resolving all pending and future discovery disputes.

IT IS SO ORDERED.

Dated: 6/12/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE